1   MICHAEL STEPANIAN
    Attorney at Law (CSBN 37712)
2   819 Eddy Street
    San Francisco, CA 94109
3   Telephone: (415) 771-6174
    Facsimile: (415) 474-3748
4

5   RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
6   80 Grand Avenue, 6th Floor
    Oakland, CA 94612
7   Telephone: (510) 763-9967

8   Attorneys for Defendant
    MARIA LEGASPI
9

10

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                              −ooo−

15   UNITED STATES OF AMERICA,          CASE NO. CR. S-04-0025-DFL

16          Plaintiff,

17   vs.                                **STIPULATION AND EXTENDING
                                        DATE FOR SELF-SURRENDER TO
18                                      FCI DUBLIN**

19   MARIA LEGASPI,

20          Defendant.

21   _____

22

23          Defendant MARIA LEGASPI, by and through her counsel of record

     Michael Stepanian and Randy Sue Pollock,  hereby moves for an extension of the date for

24   self-surrender to the Federal Correctional Institution at Dublin from May 16, 2005 until

25   July 11, 2005.   This extension will permit Mrs. Legaspi to care for her children until the

26   end of the school year and to complete necessary medical treatment that she is undergoing

27   for keloids.

28

1   Assistant United States Attorney Daniel Linhardt has no objection to this extension.

2

3

4   Date:   May 2, 2005                                        _____
                                                              MICHAEL STEPANIAN
5                                                             RANDY SUE POLLOCK
                                                              Counsel for Defendant
6                                                             MARIA LEGASPI

7

8

9   SO ORDERED

10   DATE:   May 3, 2005

11

12

13   _____
     DAVID F. LEVI
14   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2