RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorney for Defendant
MARIA LEGASPI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR.S-04-0025-DFL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE** |
| MARIA LEGASPI, | <u>**DATE FOR SELF-SURRENDER**</u> |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Daniel S. Linhardt, and Randy Sue Pollock on behalf of Maria Legaspi, that the date for self-surrender be continued from July 11, 2005 to September 19, 2005.  This continuance is at the request of defense counsel due to Mrs. Legaspi's medical condition.  She has keloid scars which are benign but require surgery and radiation.  Her doctors are in the process of scheduling her for surgery.   Mr. Linhardt has no objection to this Stipulation.

DATE:   June 30, 2005

                                              RANDY SUE POLLOCK
                                              Counsel for Defendant

SO ORDERED:

DATE:   7/7/2005                                     /s/ David F. Levi
                                               U.S. DISTRICT COURT JUDGE