MICHAEL STEPANIAN
Attorney at Law (CSBN 37712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
80 Grand Avenue, 6th Floor
Oakland, CA 94612
Telephone: (510) 763-9967

Attorneys for Defendant
MARIA LEGASPI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–o0o–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-04-0025-DFL |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DATE FOR SELF-SURRENDER TO FCI DUBLIN** |
| MARIA LEGASPI, | |
| Defendant. | |

     Defendant MARIA LEGASPI, by and through her counsel of record Michael Stepanian and Randy Sue Pollock, hereby moves for an extension of the date for self-surrender to the Federal Correctional Institution at Dublin from September 19, 2005 until November 7, 2005. This extension will permit Mrs. Legaspi to complete necessary medical treatment that she has been undergoing.

///

1 | Assistant United States Attorney Daniel Linhardt has no objection to this extension.

4 | Date:   September 12, 2005               /s/ Michael Stepanian
                                             MICHAEL STEPANIAN
                                             RANDY SUE POLLOCK
                                             Counsel for Defendant
                                             MARIA LEGASPI

9 | SO ORDERED

10 | DATE:   September 15, 2005               /s/ David F. Levi
                                              DAVID F. LEVI
                                              U.S. District Court Judge